IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:17-CV-057-RLV-DCK

| | |
|---|---|
| GREG DEARMAN, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| COLLEGIATE HOUSING SERVICES, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion To Stay Filing Of Certificate Of Initial Attorney's Conference And Joint Rule 26(f) Report" (Document No. 6) filed June 7, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of Defendant's counsel, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion To Stay Filing Of Certificate Of Initial Attorney's Conference And Joint Rule 26(f) Report" (Document No. 6) is **GRANTED**. Plaintiff shall have up to and including **June 21, 2017** to file his motion for Fair Labor Standard Act conditional certification.

**IT IS FURTHER ORDERED** that the parties' requirement to file their Certificate of Initial Attorney's Conference and Joint Rule 26(f) Report shall be extended until ten (10) days after the Court issues a ruling on the issue of conditional certification.

**SO ORDERED.**

Signed: June 8, 2017

David C. Keesler
United States Magistrate Judge