# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:17-CV-057-RLV-DCK

| | |
|---|---|
| **GREG DEARMAN et al.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **COLLEGIATE HOUSING SERVICES, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 9) filed by Philip J. Gibbons, Jr., concerning James B. Zouras, on June 13, 2017. Mr. James B. Zouras seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 9) is **GRANTED.** James B. Zouras is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: June 14, 2017

David C. Keesler
United States Magistrate Judge