IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:17-CV-057-RLV-DCK

| | |
|---|---|
| **GREG DEARMAN et al.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| **COLLEGIATE HOUSING SERVICES, INC.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 10) filed by Philip J. Gibbons, Jr., concerning Andrew C. Ficzko, on June 13, 2017. Mr. Andrew C. Ficzko seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 10) is **GRANTED.** Andrew C. Ficzko is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: June 14, 2017

David C. Keesler
United States Magistrate Judge