IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:17-CV-057-RJC-DCK

| GREG DEARMAN, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| COLLEGIATE HOUSING SERVICES, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Unopposed Motion For Equitable Tolling Of Statute OF Limitations" (Document No. 22) filed June 6, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, noting Defendant does not oppose the motion, and in consultation with Judge Conrad's chambers, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Unopposed Motion For Equitable Tolling Of Statute OF Limitations" (Document No. 22) is **GRANTED**.

Signed: June 7, 2018

David C. Keesler
United States Magistrate Judge